IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| KENTON and DEBORAH LEWIS, | CV 18–187–M–DLC |
| Plaintiffs, | |
| vs. | ORDER |
| WALLACE FRANKLIN JOHNSON, a/k/a WALLYDOG JOHNSON, and GEICO GENERAL INSURANCE CO., | |
| Defendants. | |

The Parties having filed a Stipulation of Dismissal with Prejudice (Doc. 17),

IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE.

Each party to bear its own costs and attorneys' fees.

DATED this 12th day of March, 2019.

Dana L. Christensen, Chief Judge
United States District Court